# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CARLA MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-11-845-R |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Doyle W. Argo entered April 24, 2012, recommending that the decision of the Commissioner of the Social Security Administration be affirmed. Doc. No. 17. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED and the decision of the Commissioners denying Plaintiff's application for supplemental security income benefits is AFFIRMED.

IT IS SO ORDERED this 16th day of May, 2012.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE